IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDSAY BROYLES and KENESHA BYRD, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 3:25-cv-02143-X |
| BRADLEY FAMILY INSURANCE AGENCY, INC., | § § § § | |
| Defendant. | § | |

### **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs file this Certificate of Interested Persons reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that Plaintiffs believe are financially interested in the outcome of this litigation as indicated by the current state of the pleadings.

Plaintiff discloses the following information regarding known interested parties:

1. Plaintiff Lindsay Broyles. Plaintiff Broyles is a resident of Rockwall County, Texas.

2. Plaintiff Kenesha Byrd. Plaintiff Byrd is a resident of Dallas County, Texas.

3. Defendant Bradley Family Insurance, Inc. ("Defendant"). Defendant is a domestic for-profit corporation. Defendant's principal place of business is 17430 Campbell Road, Suite 206, Dallas, Texas 75252.

4. Willie B. Bradley, III. This individual is believed to be an officer, owner, and/or director of Defendant. This individual is believed to be a resident of Collin County, Texas.

5. Sharon D. Bradley. This individual is believed to be an officer, owner, and/or director of Defendant. This individual is believed to be a resident of Collin County, Texas.

*Plaintiffs' Certificate of Interested Persons – Page* 1

6. Allen R. Vaught - counsel for Plaintiff. Vaught Firm, LLC, 1910 Pacific Avenue, Suite 9150, Dallas, Texas 75201.

Date: August 11, 2025.

Respectfully submitted,

By: /s/ Allen R. Vaught
Allen R. Vaught
Attorney-In-Charge
TX Bar No. 24004966
Vaught Firm, LLC
1910 Pacific Ave., Suite 9150
Dallas, Texas 75201
(972) 707-7816 – Telephone
(972) 920-3933 – Facsimile
avaught@txlaborlaw.com

ATTORNEY FOR PLAINTIFFS